# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    v.      CASE NO. 6:24-cr-10096-EFM

**MARIO GUERRERO, JR.,**

    **Defendant.**

# INDICTMENT

**THE GRAND JURY CHARGES**:

## COUNT 1

**POSSESSION OF METHAMPHETAMINE
WITH THE INTENT TO DISTRIBUTE
[21 U.S.C. § 841]**

On or about June 17, 2024, in the District of Kansas, the defendant

**MARIO GUERRERO, JR.,**

did unlawfully, knowingly, and intentionally possess, with the intent to distribute, a mixture and substance containing a detectable amount of Methamphetamine, a controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and Title 18, United States Code, Section 2.

# COUNT 2

**POSSESSION OF FENTANYL
WITH THE INTENT TO DISTRIBUTE
[21 U.S.C. § 841]**

On or about June 17, 2024, in the District of Kansas, the defendant

**MARIO GUERRERO JR.,**

did unlawfully, knowingly, and intentionally possess, with the intent to distribute, a mixture and substance containing a detectable amount of Fentanyl, a controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and Title 18, United States Code, Section 2.

A TRUE BILL.

September 5, 2024          s/Foreperson
DATE          FOREPERSON OF THE GRAND JURY

KATE E. BRUBACHER
UNITED STATES ATTORNEY

By: /s/ Katherine J. Andrusak
Katherine J. Andrusak
Assistant United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
Ph: (316) 269-6481
Fax: (316) 269-6484
Email: katie.andrusak@usdoj.gov
Ks. S. Ct. No. 25961

IT IS REQUESTED THAT THE TRIAL BE HELD IN WICHITA, KANSAS

# **PENALTIES**

**Counts 1 and 2:   21 U.S.C. §§  841(a)(1), (b)(1)(C)**
**[Possession of a Controlled Substance with the Intent to Distribute]**

- Punishable by a term of imprisonment of not more than twenty (20) years.  21 U.S.C. § 841(b)(1)(C).

- A term of supervised release of not less than three (3) years. 21 U.S.C. § 841(b)(1)(C).

- A fine not to exceed $1,000,000.  21 U.S.C. § 841(b)(1)(C).

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.